A CERTIFIED TRUE COPY

MAY 1 1 '05

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED   MAY 1 1 2005

CLERK'S OFFICE

FILED
CLERK'S OFFICE
'05 MAY 16 P 2: 54

DOCKET NO. 1629

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE A)*

*ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

    A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE A

MDL-1629 — In re Neurontin Marketing, Sales Practices and Products Liability Litigation

### Southern District of Alabama

*Darlene Owens, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-768

### District of New Jersey

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6257

### Northern District of New York

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.*, C.A. No. 5:05-32

### Southern District of New York

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.*, C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.*, C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.*, C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.*, C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.*, C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.*, C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.*, C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.*, C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-237

05cv11021 PBS

ECF, MEMBER

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-07297-JSR

Minisquero v. Pfizer Inc. et al
Assigned to: Judge Jed S. Rakoff
Related Case: 1:04-cv-04593-RJH
Cause: 28:1441 Notice of Removal

Date Filed: 09/13/2004
Jury Demand: Defendant
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Federal Question

**Plaintiff**

**Mark Minisquero**  represented by  **Andrew G. Finkelstein**
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
914-562-0203
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Nicole Justine James**

V.

**Defendant**

**Pfizer Inc.**  represented by  **Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com

                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **James E. Murray**
                              Davis Polk & Wardwell
                              450 Lexington Avenue
                              New York, NY 10017
                              212 450-4000
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **James P. Rouhandeh**
                              Davis Polk & Wardwell
                              450 Lexington Avenue
                              New York, NY 10017
                              (212) 450-4000
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**                     represented by  **Erik March Zissu**
*a division of Warner-Lambert*                      (See above for address)
*Company and Warner-Lambert*                      *LEAD ATTORNEY*
*Company LLC*                              *ATTORNEY TO BE NOTICED*

                              **James E. Murray**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **James P. Rouhandeh**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**           represented by  **Erik March Zissu**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **James E. Murray**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **James P. Rouhandeh**

                                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company LLC**     represented by     **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                          **James E. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                          **James P. Rouhandeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2004 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 111242-04. (Filing Fee $ 150.00, Receipt Number 519423).Document filed by Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company LLC.(jjm, ) Additional attachment(s) added on 9/20/2004 (jjm, ). (Entered: 09/16/2004) |
| 09/13/2004 |   | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-4593, 1:04-cv-6609, 1:04-cv-6704. (jjm, ) (Entered: 09/16/2004) |
| 09/13/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company LLC.(jjm, ) Additional attachment(s) added on 9/20/2004 (jjm, ). (Entered: 09/16/2004) |
| 09/13/2004 |   | Case Designated ECF. (jjm, ) (Entered: 09/16/2004) |
| 09/17/2004 | 3 | STIPULATION AND ORDER: plaintiff contemplates filing a motion to remand this action to the NYS Supreme Court- County of New York. Defendant shall have thirty (30) days following the entry of an order ruling on the motion to remand in which to answer, move or otherwise respond to the plaintiffs complaint filed herein. (Signed by Judge Denise L. Cote on 9/16/04) (db, ) (Entered: 09/17/2004) |
| 09/17/2004 | 4 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of all plaintiffs (Polimeni, Eleanor) (Entered: 09/17/2004) |

| | | |
|---|---|---|
| 09/28/2004 | | CASE ACCEPTED AS RELATED TO 1:04-cv-4593. Notice of Assignment to follow. (jjm, ) (Entered: 10/01/2004) |
| 09/28/2004 | 5 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff and Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (jjm, ) Additional attachment(s) added on 10/6/2004 (jjm, ). (Entered: 10/01/2004) |
| 09/28/2004 | | Magistrate Judge Douglas F. Eaton is so designated. (jjm, ) (Entered: 10/01/2004) |
| 10/01/2004 | | Mailed notice to the attorney(s) of record. (jjm, ) (Entered: 10/01/2004) |
| 10/08/2004 | 6 | ANSWER to Complaint with JURY DEMAND. Document filed by Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company LLC.(Zissu, Erik) (Entered: 10/08/2004) |
| 10/15/2004 | | Minute Entry for proceedings held before Judge Jed S. Rakoff : Initial pretrial Conference held on 10/15/2004. Pretrial Conference set for 11/18/2005 04:00 PM before Judge Jed S. Rakoff. (kw, ) (Entered: 10/25/2004) |
| 10/19/2004 | 7 | ORDER; 04cv7297 (Lead Case) with following Member Case: 04cv7374 are hereby consolidated for all purposes. (Signed by Judge Jed S. Rakoff on 10/18/04) (sac, ) (Entered: 10/27/2004) |
| 10/19/2004 | 8 | CASE MANAGEMENT PLAN: Amended Pleadings due by 12/31/2004. Joinder of Parties due by 12/31/2004. Final Pretrial Conference set for 11/18/2005 at 4:00 PM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 10/15/04) (sac, ) (Entered: 10/28/2004) |
| 10/27/2004 | | ORDER The Court, on its own motion, hereby consolidates for all purposes all six cases, 04cv6704, 04cv7297, 04cv7374, 04cv7960, 04cv7961, and 04cv7962, which collectively shall henceforth be captioned "In re Neurontin" and bear the docket number of the first-filed case, to wit, 04 Civ. 6704 (JSR). So Ordered.Original filed in case 04cv6704, doc # 9. (Signed by Judge Jed S. Rakoff on 10/26/04) (jco, ) (Entered: 10/28/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/17/2005 16:26:21 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-07297-JSR |

| Billable Pages: | 2 | Cost: | 0.16 |
|---|---|---|---|